# EXHIBIT A



# EXHIBIT B

## *Amazon*

 LynnS

★☆☆☆☆ **I'm a licensed Cosmetologist and I do NOT recommend this product**
February 7, 2018
**Verified Purchase**

I'm a licensed Cosmetologist and I do NOT recommend this product. This irritated my scalp and caused hair loss in the area. Initially I did not realize what was happening when my scalp was flaking severely. After shampooing my hair, I noticed the scalp was reddened and irritated and my hair was very thin. I think this product can cause severe long term damage if used too much.

4 people found this helpful

Helpful  |  ˅ 2 comments  |  Report abuse

 Gene Breijer

★☆☆☆☆ **Poor hold. Very flaky and crunchy,**
April 29, 2018
**Verified Purchase**

Poor hold for me.
Very very crunchy.
Did not live up to expectations.
Get very flaky after extended periods of time.
Other reviews said it doesn't get flaky. As for myself, this stuff gets very flaky, especially near the end of the day.
That goes for both tubes I used.
This is the third time i tried this stuff, so it's not a bad batch.
I will NOT be buying this again!

3 people found this helpful

 wendy Williams

★☆☆☆☆ **A flaky hot mess**
July 29, 2018
**Verified Purchase**

After it dry it turns white i realllly dislike looking like i have dandruff when i dont. Ugh sucks

Helpful  |  ˅ Comment  |  Report abuse

 Dainty Tea Lady

★★☆☆☆ **Too crunch and flaky.**
September 20, 2018
Verified Purchase

I find this product to rip my edges out due to the hardness of the product. It leaves a white, flaky and crunchy residue behind. I do not like it and my children complained about it. My son became very upset after I applied this to his hair. I can not use this product. I wanted to like it as much as others but it is not for my family.

   Comment   Report abuse

 Mina

★★☆☆☆ **But be careful it does flake very very bad. Got some on my hair**
November 2, 2017
Verified Purchase

This product does work with helping lace front on wig stay down. But be careful it does flake very very bad. Got some on my hair, and it was huge white flakes.

   Comment   Report abuse

 shereen

★★☆☆☆ **Really flaky**
September 12, 2018
Verified Purchase

This gel holds really good but then it gets white and flaky. If the gel didn't get white and flaky I would give it 5 stars.

   Comment   Report abuse

# *Walmart*

**Not good**

★☆☆☆☆

Goopy flaky, would not recommend this at all!

Michelle, October 10, 2015

👍 1   👎 5   🚩

1-1 of 68 reviews

Not great for gelling natural hair.

★★☆☆☆

I tried it on my natural hair because all the other gels never hold my hair. But all it did was give me a ton of flakes and nothing held. It's good for edges though

Btbookal, April 8, 2018

👍 2   👎 2   🚩

# EXHIBIT C

INGREDIENTS: Aqua (Water, Eau) • Polyquaternium-69 • PVP • Sorbitol • Acrylates/Steareth-20 Methacrylate Crosspolymer • Alcohol denat. • Phenoxyethanol • Aminomethyl Propanol • PEG-40 Hydrogenated Castor Oil • Parfum (Fragrance) • Panthenol • Propylene Glycol • Benzophenone-4 • Methylisothiazolinone • Sodium Benzoate

2076069